THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7111
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

JUAN GARCIA VASQUEZ & MARGARITA MELGOZA VASQUEZ,

    Debtor

Case No.: 19-41545
Chapter 13

**DECLARATION OF JUAN CARLOS VASQUEZ RE OUTSIDE SUPPORT**

I, JUAN CARLOS VASQUEZ, declare the following to be true and correct to the best of my knowledge under penalty of perjury of the laws of the State of California and of the United States:

1. I am the son of the Debtors and not a party to this case.
2. I currently reside with my parents, the Debtors, at 3326 Jamie Way, Hayward, CA 94541. I have been contributing financial support to the household for as long as I have resided there, and plan to continue to reside in their home.
3. I hereby agree to provide support payments to help cover my parents' living expenses and chapter 13 plan payments in the amount of $2,000.00 per month for the life of their 5-year chapter 13 plan.
4. Under the circumstances I feel that I can afford to make this contribution and will continue to do so through completion of the chapter 13 plan payments. My current income is from waged employment.

1

DATED: _____

_____
JUAN CARLOS VASQUEZ
*Declarant*